

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00301-CV

Armando **MONTELONGO**, Jr., Real Estate Training International, LLC, Performance
Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is
AFFIRMED.

We order that appellees Cecil G. Abrea, et al. recover their costs of appeal from appellants
Armando Montelongo, Jr., Real Estate Training International, LLC, Performance Advantage
Group, Inc., and License Branding, LLC.

SIGNED November 13, 2019.

_____
Beth Watkins, Justice